

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 22, 2019

[Stamp: DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10-24-19]

Via Facsimile
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
New York, New York 10007

      Re:   **United States v. Tareck Zaidan El Aissami Maddah, *et al.*,**
            **No. 19 Cr. 144 (AKH)**

Dear Judge Hellerstein:

      The Government respectfully requests, with the consent of defense counsel, an adjournment of the October 22, 2019 status conference until January 3, 2020 at 11:00 a.m. The Government further requests, also on consent, that time be excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference in order to provide the defendants with additional time to review the voluminous discovery and to permit the parties time to engage in plea negotiations. Enclosed please find a proposed order related to these requests.

                          Respectfully submitted,

                          GEOFFREY S. BERMAN
                          United States Attorney

             By:    /s/
                   Emil J. Bove III
                   Amanda L. Houle
                   Assistant United States Attorneys
                   (212) 637-2444

Enclosure

Cc:    Defense Counsel
       (Via Email)

*[Handwritten: Conf is adjourned until Jan 3, 2020 @ 11:00 a.m. and time is excluded until other.*
*X /s/ A.K. Hellerstein 10-24-19]*