```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------- X
UNITED STATES OF AMERICA          :
                                  :
     - v. -                       :    ORDER
                                  :
TARECK ZAIDAN EL AISSAMI MADDAH, et al., :  19 Cr. 144 (AKH)
                                  :
                    Defendants.   :
------------------------- X
```

IT IS HEREBY ORDERED that the October 22, 2019 conference is adjourned until January 3, 2020 at 11:00 a.m.;

IT IS FURTHER ORDERED that the time between October 22, 2019 and January 3, 2020 is excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in order to allow the defendants additional time to review the voluminous discovery and to permit the parties time to engage in plea negotiations. The Court finds that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated: New York, New York
       October 24, 2019

_____
HONORABLE ALVIN K. HELLERSTEIN
United States District Judge
Southern District of New York