

**U.S. Department of Justice**

Federal Bureau of Prisons

*Metropolitan Correctional Center*

---

*150 Park Row*
*New York, NY 10007*

March 18, 2020

Hon. Colleen McMahon
Chief Judge Southern District of New York
Daniel Patrick Moynihan
500 Pearl St.
New York, NY 10007

**RE:   MCC New York and MDC Brooklyn's COVID-19 plans**

Dear Chief Judge McMahon:

The Court has asked the MDC and MCC respond to concerns about our institutional responses to the COVID-19 pandemic. Specifically, the Court asked about provision of medical care, procedures for social distancing and measures being taken to screen and isolate new arrivals, staff and the at risk population.

With respect to staff screening procedures, medical staff wearing appropriate personal protective equipment are responsible for screening each and every staff member and contractor upon arrival to the institution, prior to security screening. Each individual's temperature will be taken and recorded using an infrared thermometer. The staff member is also asked a series of questions, and the responses are recorded on a screening form (attached). If the staff member has a fever, or answered "yes" to any question on the form, the medical professional can deny the staff member entrance to the institution pending clearance from Central Office for the staff member to return to work.

New arrivals to the institution are screened in the same fashion by health services staff. The screening form utilized for inmates is attached to this email as well. Any inmate transported to Court, per administrative orders from the Eastern and Southern District Courts, has his or her temperature taken. If his or her body temperature is 100.4 degrees or higher, he or she will not be sent to Court, and the United States Marshals Service will notify the respective Court.

Finally, because health services staff are required to screen staff members entering the institution, medical staffing levels and availability within the institution has increased to around the clock. At this time, inmates are not on lockdown status at either institution. They may walk around and utilize the common area of their housing units as normal operations. However, if they choose to do so, they may remain in their cells to self-seclude.

Both institutions are providing three meals a day; two of these are hot meals. The breakfast meal is a cold meal. The Bureau of Prisons has a National Menu and both institutions follow the National High Rise menu. A copy of this menu for each institution is attached for the week of March 16.

At MCC New York, on Friday, March 13, 2020, bars of soap were delivered to each of the units. This week, another delivery has been made. Commissary will be up and running next week so that inmates who have the ability to purchase different soap can. In the meantime, staff will be passing out soap and other hygiene items to the inmate population. Any inmate who does not have the money to purchase soap will be afforded the institution soap at no cost. Cleaning supplies are available on each unit and staff have been instructed about who to contact should additional supplies be needed. Inmate orderlies are cleaning the common areas and inmates have been instructed to continue to wipe down their cells.

MCC New York has moved the majority of its "at risk" population—inmates over 55 year old, and/or diagnosed with certain conditions—to one unit in the building. Some inmates were not moved due to security concerns (separations). Medical staff are aware of all the "at-risk" inmates and will continue to monitor them along with the rest of population.

Since the inmate population is not locked down, showers are available as they would be at any other time. MCC unit team staff and officers are available to the inmate population to address issues about food, shoes and medical care. Unit team staff have been on the units providing legal calls for the attorneys and inmates that have requested them. Should an inmate have an issue related to property, medical and/or food they can address this with the unit staff.

At MDC Brooklyn, hygiene supplies are provided to the Unit Team for all units on a bi-weekly basis. Each inmate had been provided one roll of toilet tissue per week, but as of this week, are being provided two rolls per week. Hygiene items, including soap, are provided to inmates upon admission. Thereafter, they may request subsequent supplies as needed from their respective unit team. They may also purchase additional items, including antibacterial soap, from the commissary.

At MDC Brooklyn, cleaning supplies are issued once a week. They are available on each housing unit, and staff have been instructed regarding who to contact should additional supplies be necessary. Inmate orderlies are cleaning the common areas of the institution, and every inmate has been reminded and instructed to continue to wipe down and sanitize their cells. Inmates have also been provided instruction via town halls regarding hygiene, and the same guidance is available on TRULINCS.

MDC Brooklyn has not isolated its "at risk" population at this time because the number of inmates who fall into this category is too large to contain and isolate on one or even two units. However, all inmates in this category have been identified by health services, and the list is generated and updated daily. Health services will continue to monitor their needs, as well as those of the rest of the population.

Since the inmate population at MDC Brooklyn is not locked down either, showers are available on a daily basis. Unit team staff are available on a daily basis for inmates to raise issues concerning food, shoes, and even medical care. However, medical issues should be raised with providers through the TRULINCS system. Health related emergencies should be immediately reported to any staff member so they can be addressed.

Legal calls are being more liberally provided by unit team staff to maintain communication between inmates and their attorneys. Social phone calls are also provided on a more liberal basis bureau-wide—inmates may now utilize 500 minutes a month, rather than 300.

Without specific information and only generalized statements about conditions at the institutions, it is difficult to further address any allegations raised. Should the Court have other questions, or

individualized inquiries, please do not hesitate to contact Ms. McFarland or Ms. Pratesi. Finally, as the nationwide, regional, and local guidance is subject to evolve on a frequent basis, so further updates can be provided when substantial changes to this information occur.

Sincerely,

M. Licon-Vitale
Warden
MCC New York

D. Edge
Warden
MDC Brooklyn