UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

                -against-

SAMARK LOPEZ BELLO,

                Defendant.
-------------------------------------------------------------------X

19CR144 (AKH)

NOTICE OF APPEARANCE

SIR OR MADAM:

    PLEASE TAKE NOTICE that Alexei Schacht, an attorney admitted to practice law before this Court, hereby appears as counsel of record for Samark Lopez Bello.

                Respectfully submitted,

                *s/ Alexei Schacht*

                Alexei Schacht
                Attorney at Law
                123 West 94th Street
                New York, New York 10025
                Tel: (646) 729-8180
                Fax: (212) 504-8341
                Email: alexei@schachtlaw.net

Dated: September 26, 2020