

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2020

<mark>**REQUEST TO BE FILED UNDER SEAL**</mark>

<u>E-mail</u>
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
New York, New York 10007

    Re: <u>**United States**</u> **v.** <u>**Tareck Zaidan El Aissami Maddah**</u>**,** *et al.*,
        **No. 19 Cr. 144 (AKH)**

Dear Judge Hellerstein:

   The Government writes to provide a further update on the status of the proceedings against Alejandro Javier Marin, the Confidential Source in this case, who was arrested on September 19, 2020. As the Court is aware from our update of September 28, 2020, Marin was scheduled for a removal and detention hearing today in the Southern District of Florida. At the request of Marin's counsel, the hearing has been postponed until Monday, October 5, 2020. The Government will provide a further letter update to the Court on Monday, October 5, regarding (i) the status of the proceedings against Marin and (ii) the Government's position on whether continued sealing of its letters to the Court on this topic is necessary.

Given this letter's reference to the identity of the Confidential Source and his connection to this case, and for the reasons set out in the Government's letters of September 22 and 23, the Government respectfully submits this letter under seal.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   ___/s/_____
Samuel S. Adelsberg
Amanda L. Houle
Assistant United States Attorneys
(212) 637-2492 / 2194

CC:  Christine Chung, Esq.
Sabrina Shroff, Esq.
Alexei Schacht, Esq. (Attorney's Eyes Only Basis)[1]

---

[1] Mr. Schacht has agreed to receive this letter on an Attorney's Eyes Only basis, with the understanding that the Government may seek to make future sealed filings in this case on an *ex parte* basis with respect to Lopez Bello given, among other things, Lopez Bello's fugitive status and related safety concerns.