UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      v.<br><br>SAMARK JOSE LOPEZ BELLO,<br>  a/k/a "Samark Lopez Delgado,"<br>  a/k/a "Sierra Lima,"<br><br>         Defendant. | S5 19 Cr. 144 (AKH)<br><br>NOTICE OF APPEARANCE |

Please take notice that the undersigned, Georgia V. Kostopoulos of Krieger Kim & Lewin LLP, hereby enters her appearance as counsel for Defendant Samark Jose López Bello in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: September 9, 2022

Respectfully submitted,

/s/ Georgia V. Kostopoulos
Georgia V. Kostopoulos
KRIEGER KIM & LEWIN LLP
500 Fifth Avenue, 34th Floor
New York, New York 10110
(212) 390-9556
Georgia.Kostopoulos@KKLllp.com