# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

September 9, 2022

<u>By ECF</u>

The Honorable Alvin K. Hellerstein  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

          Re:    *United States v. Samark Jose Lopez Bello*, S5 19 Cr. 144 (AKH)

Dear Judge Hellerstein:

    We represent Mr. Samark Jose López Bello in the above-referenced case. We write to inform the Court of our intention to move to dismiss the charges against Mr. López Bello and to respectfully request that the Court set a briefing schedule for the motion.

    With the government's consent, we propose the following schedule:

- Mr. López Bello's motion to be filed on or before September 16, 2022;
- The government's opposition to be filed on or before October 21, 2022;
- Mr. López Bello's reply to be filed on or before November 14, 2022.

                                                          Respectfully submitted,  
                                                          KRIEGER KIM & LEWIN LLP

                            By:    _____  
                                                 Edward Y. Kim  
                                                 Jonathan F. Bolz  
                                                 Georgia V. Kostopoulos

cc:    All counsel of record