# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

September 9, 2022

Telephone: (212) 390-9550  
www.KKLllp.com

By ECF

The Honorable Alvin K. Hellerstein  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

> The request is granted. Defendant's motion shall be filed by September 16, 2021; the Government's opposition shall be filed by October 21, 2022; and, Defendant's reply shall be filed by November 14, 2022.
>
> Oral argument will be heard on, and time is excluded in the interest of justice, until January 4, 2023, at 11 a.m.
>
> SO ORDERED.
>
> /s/ Alvin K. Hellerstein  
> September 12, 2022

Re:   *United States v. Samark Jose Lopez Bello*, S5 19 Cr. 144 (AKH)

Dear Judge Hellerstein:

We represent Mr. Samark Jose López Bello in the above-referenced case. We write to inform the Court of our intention to move to dismiss the charges against Mr. López Bello and to respectfully request that the Court set a briefing schedule for the motion.

With the government's consent, we propose the following schedule:

- Mr. López Bello's motion to be filed on or before September 16, 2022;
- The government's opposition to be filed on or before October 21, 2022;
- Mr. López Bello's reply to be filed on or before November 14, 2022.

Respectfully submitted,  
KRIEGER KIM & LEWIN LLP

By: _____  
Edward Y. Kim  
Jonathan F. Bolz  
Georgia V. Kostopoulos

cc:   All counsel of record