UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMARK JOSE LOPEZ BELLO,<br>    a/k/a "Samark Lopez Delgado,"<br>    a/k/a "Sierra Lima,"<br><br>                        Defendant. | S5 19 Cr. 144 (AKH)<br><br>DECLARATION OF<br>EDWARD Y. KIM |

I, Edward Y. Kim, do hereby state and declare as follows:

1. I am a partner at the law firm Krieger Kim & Lewin LLP, counsel for defendant Mr. Samark Jose López Bello, and an attorney duly admitted to practice before this Court.

2. I submit this declaration in connection with Mr. López Bello's motion to dismiss.

3. Attached as Exhibit A is Mr. López Bello's most recent I-94 form, as obtained from the U.S. Customs and Border Protection website on September 13, 2022.

4. Attached as Exhibit B is Mr. López Bello's U.S. arrival and departure history, as obtained from the U.S. Customs and Border Protection website on September 13, 2022.

Dated: September 16, 2022                        Respectfully submitted,

                                                                   By: /s/ Edward Y. Kim

                                                                   KRIEGER KIM & LEWIN LLP
                                                                  500 Fifth Avenue, 34th Floor
                                                                  New York, New York 10110
                                                                  Tel.: (212) 390-9550
                                                                  Edward.Kim@KKLllp.com
                                                                  Jonathan.Bolz@KKLllp.com
                                                                  Georgia.Kostopoulos@KKLllp.com