# EXHIBIT A

 For: **SAMARK JOSE LOPEZ BELLO**



## Most Recent I-94

**Admission (I-94) Record Number : 23796028885**
**Most Recent Date of Entry: 2017 February 03**
**Class of Admission : L1**
**Admit Until Date : 12/31/2019**
**Details provided on the I-94 Information form:**

| | |
|---|---|
| **Last/Surname :** | **LOPEZ BELLO** |
| **First (Given) Name :** | **SAMARK JOSE** |
| **Birth Date :** | **1974 July 27** |
| **Document Number :** | **122560011** |
| **Country of Citizenship :** | **Venezuela** |

[Get Travel History]

▶ **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

▶ **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

▶ **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date: 09/30/2022

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy - Terms