# EXHIBIT B



Document Number : **122560011**

Document Country of Issuance : **Venezuela**

|    | Date       | Type      | Location    |
|----|------------|-----------|-------------|
| 1  | 2017-02-07 | Departure | Unavailable |
| 2  | 2017-02-03 | Arrival   | Unavailable |
| 3  | 2017-01-16 | Departure | Unavailable |
| 4  | 2017-01-12 | Arrival   | Unavailable |
| 5  | 2017-01-02 | Departure | Unavailable |
| 6  | 2016-12-21 | Arrival   | Unavailable |
| 7  | 2016-12-20 | Departure | Unavailable |
| 8  | 2016-12-18 | Arrival   | Unavailable |
| 9  | 2016-12-05 | Departure | Unavailable |
| 10 | 2016-11-23 | Arrival   | Unavailable |
| 11 | 2016-11-02 | Arrival   | Unavailable |
| 12 | 2016-10-22 | Departure | Unavailable |
| 13 | 2016-10-11 | Arrival   | Unavailable |
| 14 | 2016-10-07 | Departure | Unavailable |
| 15 | 2016-10-04 | Arrival   | Unavailable |
| 16 | 2016-09-27 | Departure | Unavailable |
| 17 | 2016-09-23 | Arrival   | MIA         |

|    | Date       | Type      | Location    |
|----|------------|-----------|-------------|
| 18 | 2016-09-15 | Departure | Unavailable |
| 19 | 2016-09-09 | Arrival   | MIA         |
| 20 | 2016-08-25 | Departure | Unavailable |
| 21 | 2016-08-19 | Arrival   | MIA         |
| 22 | 2016-07-21 | Departure | Unavailable |
| 23 | 2016-07-14 | Arrival   | Unavailable |
| 24 | 2016-05-22 | Departure | Unavailable |
| 25 | 2016-05-11 | Arrival   | Unavailable |
| 26 | 2016-04-19 | Departure | Unavailable |
| 27 | 2016-04-02 | Arrival   | Unavailable |
| 28 | 2016-02-24 | Departure | Unavailable |
| 29 | 2016-02-16 | Arrival   | Unavailable |
| 30 | 2016-01-12 | Departure | Unavailable |
| 31 | 2015-12-09 | Arrival   | Unavailable |
| 32 | 2015-11-11 | Departure | Unavailable |
| 33 | 2015-11-02 | Arrival   | Unavailable |
| 34 | 2015-10-04 | Departure | Unavailable |
| 35 | 2015-09-22 | Arrival   | Unavailable |
| 36 | 2015-01-08 | Departure | Unavailable |
| 37 | 2015-01-02 | Arrival   | Unavailable |

|    | Date       | Type      | Location    |
|----|------------|-----------|-------------|
| 38 | 2014-11-16 | Arrival   | Unavailable |
| 39 | 2014-09-11 | Arrival   | Unavailable |
| 40 | 2014-07-24 | Departure | Unavailable |
| 41 | 2014-07-17 | Arrival   | Unavailable |
| 42 | 2014-06-30 | Departure | Unavailable |
| 43 | 2014-06-27 | Arrival   | Unavailable |
| 44 | 2014-06-09 | Arrival   | Unavailable |
| 45 | 2014-05-19 | Arrival   | NEW         |
| 46 | 2014-04-06 | Departure | Unavailable |
| 47 | 2014-03-26 | Arrival   | Unavailable |
| 48 | 2014-03-10 | Departure | Unavailable |
| 49 | 2014-02-21 | Arrival   | Unavailable |
| 50 | 2014-02-03 | Departure | Unavailable |
| 51 | 2014-02-02 | Arrival   | Unavailable |
| 52 | 2014-01-22 | Departure | Unavailable |
| 53 | 2014-01-18 | Arrival   | Unavailable |
| 54 | 2014-01-12 | Departure | Unavailable |
| 55 | 2013-12-31 | Departure | Unavailable |
| 56 | 2013-12-28 | Departure | FTL         |
| 57 | 2013-12-20 | Arrival   | Unavailable |

| | Date | Type | Location |
|---|---|---|---|
| 58 | 2013-12-16 | Departure | Unavailable |
| 59 | 2013-12-13 | Arrival | MIA |
| 60 | 2013-11-18 | Arrival | Unavailable |
| 61 | 2013-11-04 | Arrival | SAJ |
| 62 | 2013-11-02 | Departure | Unavailable |
| 63 | 2013-10-28 | Arrival | Unavailable |
| 64 | 2013-10-06 | Departure | Unavailable |
| 65 | 2013-09-27 | Arrival | Unavailable |
| 66 | 2013-09-20 | Departure | Unavailable |
| 67 | 2013-09-16 | Arrival | Unavailable |
| 68 | 2013-08-31 | Departure | Unavailable |
| 69 | 2013-08-25 | Arrival | Unavailable |
| 70 | 2013-08-06 | Departure | Unavailable |
| 71 | 2013-08-02 | Arrival | Unavailable |
| 72 | 2013-07-22 | Departure | Unavailable |
| 73 | 2013-07-22 | Arrival | Unavailable |
| 74 | 2013-07-16 | Departure | Unavailable |
| 75 | 2013-07-12 | Arrival | Unavailable |
| 76 | 2013-07-10 | Departure | Unavailable |
| 77 | 2013-07-08 | Arrival | Unavailable |

Privacy - Terms

| | Date | Type | Location |
|---|---|---|---|
| 78 | 2013-06-30 | Departure | Unavailable |
| 79 | 2013-06-29 | Departure | Unavailable |
| 80 | 2013-06-25 | Arrival | MIA |
| 81 | 2013-06-21 | Departure | TAM |
| 82 | 2013-06-18 | Arrival | Unavailable |
| 83 | 2013-05-30 | Departure | Unavailable |
| 84 | 2013-05-28 | Arrival | Unavailable |
| 85 | 2013-05-06 | Departure | Unavailable |
| 86 | 2013-04-22 | Departure | Unavailable |
| 87 | 2013-04-19 | Arrival | Unavailable |
| 88 | 2013-04-19 | Arrival | MIA |
| 89 | 2013-03-10 | Departure | Unavailable |
| 90 | 2013-02-20 | Arrival | Unavailable |