

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2023

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pear
New York, New York 10007

    Re:    **United States v. Lopez Bello**, 19 Cr. 144 (AKH)

Dear Judge Hellerstein:

    The Government respectfully writes in connection to the oral argument scheduled for March 28, 2023, in the above-captioned case. Unfortunately, the undersigned has to undergo last-minute international travel and will need to depart for his trip tonight. Accordingly, the Government respectfully requests that the oral argument be adjourned to a date suitable for the Court and defense counsel. The Government understands that either April 26, 2023, or April 27, 2023, at noon are convenient times for the Court and the parties. The defendant has no objection to this request. The Government thanks the Court in advance for its consideration of this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Sam Adelsberg
    Assistant United States Attorney
    (212) 637- 2494

Cc: Edward Kim, Esq. (by ECF)