Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/2023

Caption:

United States         v.

Samark Jose Lopez Bello

Docket No.: 19 Cr. 144 (AKH)

Hon. Alvin K. Hellerstein
(District Court Judge)

Notice is hereby given that __Samark Jose Lopez Bello__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✓ __order denying motion to dismiss (ECF No. 275)__
(specify)
entered in this action on __May 2, 2023__.
(date)

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |___|   Other |✓|

Defendant found guilty by plea |___|   | trial |___|   | N/A |✓|.

Offense occurred after November 1, 1987? Yes |✓|   No [ ]   N/A [ ]

Date of sentence: _____   N/A |✓|

Bail/Jail Disposition: Committed |___|   Not committed |___|   N/A |✓|

Appellant is represented by counsel? Yes |✓|   | No |___|   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Edward Y. Kim |
| Counsel's Address: | Krieger Kim & Lewin, 350 Fifth Avenue, 77th Floor |
| | New York, NY 10118 |
| Counsel's Phone: | 212-390-9555 |
| Assistant U.S. Attorney: | Samuel S. Adelsberg |
| AUSA's Address: | United States Attorney's Office, SDNY |
| | One Saint Andrew's Plaza, New York, NY, 10007 |
| AUSA's Phone: | 347-501-0979 |

_Signature_

Generated: May 9, 2023 12:29PM

Page 1/1

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: May 9, 2023 12:29PM

VLADISLAV SHAFRAN

Rcpt. No: 15915          Trans. Date: May 9, 2023 12:29PM          Cashier ID: #EN

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $505.00 |

Total Due Prior to Payment: $505.00

Total Tendered: $505.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: 19CR144-6 AKH

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.