# KRIEGER KIM & LEWIN LLP

350 Fifth Avenue, 77th Floor  
New York, NY 10118

Telephone: (212) 390-9550  
www.KKLllp.com

December 24, 2023

<u>By ECF</u>

The Honorable Alvin K. Hellerstein  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

           **Re:**    *United States v. Samark Jose Lopez Bello*, **19 Cr. 144 (AKH)**

Dear Judge Hellerstein:

      We represent Mr. López Bello in the above-referenced case. We write pursuant to Local Rules 1.1 and 1.4 to respectfully request that the Court, upon the annexed declaration of Nicholas J. Lewin, grant Edward Y. Kim leave to withdraw as counsel to Mr. López Bello. Nicholas J. Lewin, Jonathan F. Bolz, and Vladislav Shafran of Krieger Kim & Lewin LLP will continue to represent Mr. López Bello in this proceeding. Mr. Kim's withdrawal therefore will not impair Mr. López Bello's representation.

      We thank the Court for its consideration of this request.

                                    Respectfully submitted,  
                                    KRIEGER KIM & LEWIN LLP

By:   _____  
           Nicholas J. Lewin  
           Jonathan F. Bolz  
           Vladislav Shafran

cc:      All counsel of record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                  v.<br><br>SAMARK JOSE LOPEZ BELLO,<br>    a/k/a "Samark Lopez Delgado,"<br>    a/k/a "Sierra Lima,"<br><br>                  Defendant. | S5 19 Cr. 144 (AKH)<br><br>DECLARATION OF<br><u>NICHOLAS J. LEWIN</u> |

1. I am a partner at the law firm Krieger Kim & Lewin LLP, counsel for Defendant Samark José López Bello. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that Edward Y. Kim is withdrawing as counsel for Mr. López Bello. Mr. López Bello has been notified and consented to Mr. Kim's withdrawal.

2. I, along with my colleagues, Vladislav Shafran and Jonathan F. Bolz, will continue to represent Mr. López Bello in this proceeding.

3. Mr. Kim's withdrawal will not delay the matter or prejudice any party.

4. Mr. Kim is not asserting a retaining or charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 24, 2023

Respectfully submitted,

Nicholas J. Lewin
KRIEGER KIM & LEWIN LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
(212) 390-9559
Nick.Lewin@KKLllp.com